UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 23573
    JASON MARK MEHOCHKO
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-5976

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/22/04 and confirmed on 09/07/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  35831.63 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 19074.00 | 4284.46 | 19074.00 |
| BANK ONE | UNSECURED | 7474.79 | .00 | 7474.79 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1085.68 | .00 | 1085.68 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |

                  Summary of disbursements:
--------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 19074.00 | .00 | 8560.47 | .00 | 27634.47 |
| PRINCIPAL PAID | 19074.00 | .00 | 8560.47 | .00 | 27634.47 |
| INTEREST PAID | 4284.46 | .00 | .00 | .00 | 4284.46 |
| TOTAL PAID | 23358.46 | .00 | 8560.47 | .00 | 31918.93 |

The Debtor's attorney, PETER FRANCIS GERACI      , was allowed $  2200.00
and was paid $  2200.00 .

The Trustee received $  1494.70 .

Refunds to the Debtor totaled $   218.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/07/08              /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE

```
                          PAGE  2
      CASE NO. 04 B 23573 JASON MARK MEHOCHKO
```